UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PADRES LATINOS DE LAS ESCUELAS DE SPRINGFIELD Y HOLYOKE (PLESH),<br><br>                               Plaintiff<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF ELEMENTARY & SECONDARY EDUCATION; MASSACHUSETTS BOARD OF ELEMENTARY & SECONDARY EDUCATION; JEFFREY WULFSON, Acting Commissioner of Massachusetts Department of Elementary & Secondary Education; STEPHEN ZRIKE, JR., Receiver and Superintendent of Holyoke Public Schools; MARIANNE CURRIER, Chief of Pupil Services, Holyoke Public Schools; ALESSANDRA SMITH, Special Education Coordinator of Student Support Services, Holyoke Public Schools; DANA BROWN, Interim Principal, Holyoke High; JEFFREY PETERSON, Principal, William J. Dean Technical High School; MARC SWYGERT, Principal, Maurice A. Donahue School; ISAMAR VARGAS, Principal, Dr. Marcella R. Kelly Full Service Community School; CATHERINE HOURIHAN, Principal, H.B. Lawrence School; NOREEN EWICK, Principal, Lt. Elmer J. McMahon School; AMY BURKE, Principal, Joseph Metcalf School; ALYSON LINGSCH, Principal, William G. Morgan School; KENDRA SALVADOR, Principal, William R. Peck School; JOHN BREISH, Principal, Lt. Clayre Sullivan School; JACQUELINE GLASHEEN, Principal, E.N. White School; and the CITY OF HOLYOKE, MASSACHUSETTS,<br><br>                               Defendants | Civil Action No. 3:17-cv-11556-MGM<br><br>**STATUS REPORT** |

#55687969_v1

Plaintiff PLESH, through its attorneys and with the consent of Defendants through their attorneys, provide the following status report in accordance with the court's order of February 2, 2018:

The attorneys for all parties have met in person and by telephone multiple times and have agreed on certain principles guiding their on-going discussions. In addition to certain concrete steps the Holyoke School District has taken, and continues to take, towards a resolution, the parties have agreed to work cooperatively on the production of written policies and procedures for the Holyoke School District staff to use in communicating with limited English proficient parent/guardians, the implementation of which will help the parties determine how to resolve this action in the future. In that regard, drafts have been exchanged and the parties met on February 14, 2018.  Presently, Plaintiff is awaiting a formal response to comments provided January 19, 2018, which response is expected this week.  To date the District has identified, based on replies from nearly all schools, approximately 1,167 families where language assistance is required, of which approximately 380 include students on Individualized Educations Plans ("IEPs") or Section 504 plans..  During the parties' February 14, 2018 meeting, there was extensive discussion concerning the proper training and qualifications for District employees who provide translation and interpretation to limited English proficient parents and guardians.  Plaintiff is awaiting a revised proposal from Defendants for such training.  Lastly, Defendants report that as of February 28, 2018, there are no IEPs the translation of which has delayed their timely provision to parents/guardians. The parties continue to work cooperatively towards a future resolution and plan to meet the week of March 19, 2018.  Accordingly, they respectfully request

(1) that they be required to file a further status report on or by April 9, 2018; and (2) that Defendants shall have until April 9, 2018 to file their response to the Complaint.

                PADRES LATINOS DE LAS ESCUELAS DE SPRINGFIELD Y HOLYOKE,

                By its attorneys,

                /s/ Dianne R. Phillips
                Dianne R. Phillips (BBO #552982)
                Brett D. Carroll (BBO# 640569)
                Benjamin M. Stern (BBO# 646778)
                Jean-Phillip Brignol (BBO # 693775)
                HOLLAND &KNIGHT LLP
                10 St. James Avenue, 11th Floor
                Boston, Massachusetts 02116
                (617) 523-2700
                dianne.phillips@hklaw.com
                brett.carroll@hklaw.com
                benjamin.stern@hklaw.com
                jean-phillip.brignol@hklaw.com

                Teresita Ramos (BBO #691017)
                MASSACHUSETTS LAW REFORM INSTITUTE, INC.
                40 Court Street, Suite 800
                Boston MA 02108
                (617) 357-0700 ext. 350
                tramos@mlri.org

                Phillip Kassel (BBO# 555845)
                Robert LeRoux Hernandez (BBO #231920)
                MENTAL HEALTH LEGAL ADVISORS COMMITTEE
                24 School Street, Suite 804
                Boston MA 02108
                617.338.2345 ext #130
                pkassel@mhlac.org
                rhernandez@mhlac.org

                *Attorneys for Padres Latinos de las Escuelas de Springfield y Holyoke (PLESH)*

Dated: March 5, 2018

**ASSENTED TO:**

MASSACHUSETTS DEPARTMENT OF ELEMENTARY & SECONDARY EDUCATION; MASSACHUSETTS BOARD OF ELEMENTARY & SECONDARY EDUCATION; JEFFREY WULFSON, Acting Commissioner, Massachusetts Department of Elementary & Secondary Education; STEPHEN ZRIKE, JR., Receiver and Superintendent, Holyoke Public Schools

By their attorney,

MAURA HEALEY
ATTORNEY GENERAL

/s/ David R. Marks
David R. Marks, BBO No. 548982
Julie Datres, BBO No. 681920
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 963-2362
Facsimile: (617) 727-5785
david.marks@state.us.ma

Julie Datres, BBO No. 681920
Assistant Attorney General
Office of the Attorney General
1350 Main Street, 4th Floor
Springfield, MA 01103
413-523-7703 (t)
413-784-1244 (f)
julie.datres@state.ma.us

MARIANNE CURRIER,
Chief of Pupil Services, Holyoke Public Schools; ALESSANDRA SMITH, Special Education Coordinator of Student Support Services, Holyoke Public Schools; DANA BROWN, Interim Principal, Holyoke High; JEFFERY PETERSON, Principal, William J. Dean Technical High School; MARC SWYGERT, Principal, Maurice A. Donahue School; ISAMAR VARGAS, Principal, Dr.Marcella R. Kelly Full Service Community School; CATHERINE HOURIHAN, Principal, H.B. Lawrence School; NOREEN EWICK, Principal, Lt. Elmer J. McMahon School; AMY BURKE, Principal, Joseph Metcalf School; ALYSON LINGSCH, Principal, William G.

Morgan School; KENDRA SALVADOR, Principal, William R. Peck School; JOHN BREISH, Principal, Lt. Clayre Sullivan School; JACQUELINE GLASHEEN, Principal, E.N. White School; and the CITY OF HOLYOKE, MASSACHUSETTS,

By their attorney,

/s/ Amber M. Gould
Amber M. Gould, BBO No. 693062
Assistant City Solicitor
Holyoke Law Department
20 Korean Veterans Plaza
Holyoke, MA 01040
(413) 322-5580
Facsimile: (413) 322-5581
goulda@holyoke.org

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Fling (NEF) on this 5th day of March, 2018.

/s/ Dianne R. Phillips

#55687969_v1