UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PADRES LATINOS DE LAS ESCUELAS DE SPRINGFIELD Y HOLYOKE (PLESH),<br><br>Plaintiff<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF ELEMENTARY & SECONDARY EDUCATION; MASSACHUSETTS BOARD OF ELEMENTARY & SECONDARY EDUCATION; JEFFREY WULFSON, Acting Commissioner of Massachusetts Department of Elementary & Secondary Education; STEPHEN ZRIKE, JR., Receiver and Superintendent of Holyoke Public Schools; MARIANNE CURRIER, Chief of Pupil Services, Holyoke Public Schools; ALESSANDRA SMITH, Special Education Coordinator of Student Support Services, Holyoke Public Schools; DANA BROWN, Interim Principal, Holyoke High; JEFFREY PETERSON, Principal, William J. Dean Technical High School; MARC SWYGERT, Principal, Maurice A. Donahue School; ISAMAR VARGAS, Principal, Dr. Marcella R. Kelly Full Service Community School; CATHERINE HOURIHAN, Principal, H.B. Lawrence School; NOREEN EWICK, Principal, Lt. Elmer J. McMahon School; AMY BURKE, Principal, Joseph Metcalf School; ALYSON LINGSCH, Principal, William G. Morgan School; KENDRA SALVADOR, Principal, William R. Peck School; JOHN BREISH, Principal, Lt. Clayre Sullivan School; JACQUELINE GLASHEEN, Principal, E.N. White School; and the CITY OF HOLYOKE, MASSACHUSETTS,<br><br>Defendants | Civil Action No. 3:17-cv-11556-MGM<br><br><br><br><br>**STATUS REPORT** |

Plaintiff PLESH, through its attorneys and with the consent of Defendants through their attorneys, provide the following status report in accordance with the court's order of March 7, 2018:

The attorneys for all parties continue to meet in person and by telephone regularly and have agreed on certain principles guiding their on-going discussions. In addition to certain concrete steps the Holyoke School District has taken, and continues to take, towards a resolution, the parties have agreed to work cooperatively on the production of written principles and procedures for the Holyoke School District staff to use in communicating with limited English proficient parent/guardians, the implementation of which will help the parties determine how to resolve this action in the future. In that regard, drafts have been exchanged and the parties met again on March 29, 2018 with Receiver Zrike and others involved in implementing language access procedures at the Holyoke School District office.  To date the District has identified, based on replies from nearly all schools, approximately 1,167 families where language assistance is required, of which approximately 380 include students on Individualized Educations Plans ("IEPs") or Section 504 plans. Based on the parties' prior extensive discussion concerning the content and format of a potential program to train and qualify school staff as interpreters, the Defendants currently are exploring and developing alternatives and revisions to this proposal. Lastly, Defendants report that since February 28, 2018 there have been no delays in providing translated IEPs to parents/guardians.  In that regard, additional staff and/or contractors have been deployed to ensure timely translations of IEPs. The parties continue to work cooperatively towards a future resolution and plan to meet again in May to finalize the draft Principles and Procedures.  Accordingly, they respectfully request (1) that they be required to file a further

status report on or by May 14, 2018; and (2) that Defendants shall have until May 14, 2018 to

file their response to the Complaint.

PADRES LATINOS DE LAS ESCUELAS DE
SPRINGFIELD Y HOLYOKE,

By its attorneys,

  /s/ Dianne R. Phillips
Dianne R. Phillips (BBO #552982)
Brett D. Carroll (BBO# 640569)
Benjamin M. Stern (BBO# 646778)
Jean-Phillip Brignol (BBO # 693775)
HOLLAND &KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston, Massachusetts 02116
(617) 523-2700
dianne.phillips@hklaw.com
brett.carroll@hklaw.com
benjamin.stern@hklaw.com
jean-phillip.brignol@hklaw.com

Teresita Ramos (BBO #691017)
MASSACHUSETTS LAW
REFORM INSTITUTE, INC.
40 Court Street, Suite 800
Boston MA  02108
(617) 357-0700 ext. 350
tramos@mlri.org

Phillip Kassel (BBO# 555845)
Robert LeRoux Hernandez (BBO #231920)
MENTAL HEALTH LEGAL
ADVISORS COMMITTEE
24 School Street, Suite 804
Boston MA 02108
617.338.2345 ext #130
pkassel@mhlac.org
rhernandez@mhlac.org

*Attorneys for Padres Latinos de las Escuelas de
Springfield y Holyoke (PLESH)*

Dated: April 9, 2018

**ASSENTED TO:**

MASSACHUSETTS DEPARTMENT OF ELEMENTARY & SECONDARY EDUCATION; MASSACHUSETTS BOARD OF ELEMENTARY & SECONDARY EDUCATION; JEFFREY WULFSON, Acting Commissioner, Massachusetts Department of Elementary & Secondary Education; STEPHEN ZRIKE, JR., Receiver and Superintendent, Holyoke Public Schools

By their attorney,

MAURA HEALEY
ATTORNEY GENERAL

/s/ David R. Marks
David R. Marks, BBO No. 548982
Julie Datres, BBO No. 681920
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 963-2362
Facsimile: (617) 727-5785
david.marks@state.us.ma

Julie Datres, BBO No. 681920
Assistant Attorney General
Office of the Attorney General
1350 Main Street, 4th Floor
Springfield, MA 01103
413-523-7703 (t)
413 -784-1244 (f)
julie.datres@state.ma.us

MARIANNE CURRIER,
Chief of Pupil Services, Holyoke Public Schools;
ALESSANDRA SMITH, Special Education
Coordinator of Student Support Services, Holyoke
Public Schools; DANA BROWN, Interim Principal,
Holyoke High; JEFFERY PETERSON, Principal,
William J. Dean Technical High School; MARC
SWYGERT, Principal, Maurice A. Donahue
School; ISAMAR VARGAS, Principal,
Dr.Marcella R. Kelly Full Service Community
School; CATHERINE HOURIHAN, Principal,
H.B. Lawrence School; NOREEN EWICK,
Principal, Lt. Elmer J. McMahon School; AMY
BURKE, Principal, Joseph Metcalf School;
ALYSON LINGSCH, Principal, William G.

Morgan School; KENDRA SALVADOR, Principal,
William R. Peck School; JOHN BREISH, Principal,
Lt. Clayre Sullivan School; JACQUELINE
GLASHEEN, Principal, E.N. White School; and the
CITY OF HOLYOKE, MASSACHUSETTS,

By their attorney,

/s/ Amber M. Gould
Amber M. Gould, BBO No. 693062
Assistant City Solicitor
Holyoke Law Department
20 Korean Veterans Plaza
Holyoke, MA 01040
(413) 322-5580
Facsimile: (413) 322-5581
goulda@holyoke.org

#56392055_v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Fling (NEF)

on this 9th  day of April, 2018.


/s/ Dianne R. Phillips_____