UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PADRES LATINOS DE LAS ESCUELAS DE SPRINGFIELD Y HOLYOKE (PLESH),<br><br>        Plaintiff<br><br>v.<br><br>MASSACHUSETTS DEPARTMENT OF ELEMENTARY & SECONDARY EDUCATION; MASSACHUSETTS BOARD OF ELEMENTARY & SECONDARY EDUCATION; JEFFREY RILEY, Commissioner of Massachusetts Department of Elementary & Secondary Education[1]; STEPHEN ZRIKE, JR., Receiver and Superintendent of Holyoke Public Schools; MARIANNE CURRIER, Chief of Pupil Services, Holyoke Public Schools; ALESSANDRA SMITH, Special Education Coordinator of Student Support Services, Holyoke Public Schools; DANA BROWN, Interim Principal, Holyoke High; JEFFREY PETERSON, Principal, William J. Dean Technical High School; MARC SWYGERT, Principal, Maurice A. Donahue School; ISAMAR VARGAS, Principal, Dr. Marcella R. Kelly Full Service Community School; CATHERINE HOURIHAN, Principal, H.B. Lawrence School; NOREEN EWICK, Principal, Lt. Elmer J. McMahon School; AMY BURKE, Principal, Joseph Metcalf School; ALYSON LINGSCH, Principal, William G. Morgan School; KENDRA SALVADOR, Principal, William R. Peck School; JOHN BREISH, Principal, Lt. Clayre Sullivan School; JACQUELINE GLASHEEN, Principal, E.N. White School; and the CITY OF HOLYOKE, MASSACHUSETTS,<br><br>        Defendants | Civil Action No. 3:17-cv-11556-MGM<br><br>**JOINT STATUS REPORT** |

---

[1] The successor Commissioner, Jeffrey Riley, is substituted as a party, under Fed. R. Civ. P. 25(d).

Plaintiff PLESH, through its attorneys, and the Defendants, through their attorneys, jointly provide the following status report in accordance with this Court's order of April 12, 2018:

The attorneys for all parties continue to meet in person and by telephone regularly and have agreed on certain principles guiding their on-going discussions. In addition to certain concrete steps the Holyoke School District has taken, and continues to take, towards a resolution, the parties have agreed to work cooperatively on the production of written principles and procedures for the Holyoke School District staff to use in communicating with limited English proficient parent/guardians, the implementation of which will help ameliorate the conditions that caused plaintiff to initiate this lawsuit. There remain a limited number of unresolved issues regarding the content of these principles and procedures, that the parties are diligently addressing, and conclusion of that process will help the parties to determine how to resolve this action in the near future.

In that regard, drafts have been exchanged and the parties met again on March 29, 2018 with Receiver Zrike and others involved in implementing language access procedures at the Holyoke Schools District office. To date the District has identified, based on replies from nearly all schools, approximately 1,167 families where language assistance is required, of which approximately 380 include students on Individualized Educations Plans ("IEPs") or Section 504 plans. Based on the parties' extensive discussions concerning the content and format of a potential program to train and qualify school staff as interpreters, the Defendants currently are exploring and developing alternatives and revisions to this proposal. Lastly, Defendants report

that since February 28, 2018 there have been no delays in providing translated IEPs to parents/guardians. In that regard, additional staff and/or contractors have been hired and/or retained for the purpose of ensuring timely translations of IEPs and interpretation at IEP and other meetings.

The parties continue to work cooperatively towards a future resolution and plan to meet again later in May to finalize the draft Principles and Procedures. The state Defendants also continue to explore whether there are actions or decisions that can be made at the state level that can facilitate the local school district, here, the Holyoke Public Schools, in improving the provision of interpretation and translation of educational materials and communications for parents and guardians who need them. The parties also agree that as long as this productive collaboration continues, the Defendants should be relieved of any need to file a response to the Complaint.

Accordingly, the parties respectfully jointly request (1) that they be required to file a status report on June 25, 2018 and (2) that the Defendants have until June 29, 2018 to file their response to the Complaint, unless further time is subsequently granted.

        PADRES LATINOS DE LAS ESCUELAS DE SPRINGFIELD Y HOLYOKE,

        By its attorneys,

        /s/ Dianne R. Phillips
        Dianne R. Phillips (BBO #552982)
        Brett D. Carroll (BBO# 640569)
        Benjamin M. Stern (BBO# 646778)
        Jean-Phillip Brignol (BBO # 693775)
        HOLLAND &KNIGHT LLP
        10 St. James Avenue, 11th Floor
        Boston, Massachusetts 02116
        (617) 523-2700
        dianne.phillips@hklaw.com
        brett.carroll@hklaw.com

benjamin.stern@hklaw.com
jean-phillip.brignol@hklaw.com

Teresita Ramos (BBO #691017)
MASSACHUSETTS LAW
REFORM INSTITUTE, INC.
40 Court Street, Suite 800
Boston MA  02108
(617) 357-0700 ext. 350
tramos@mlri.org

Phillip Kassel (BBO# 555845)
Robert LeRoux Hernandez (BBO #231920)
MENTAL HEALTH LEGAL
ADVISORS COMMITTEE
24 School Street, Suite 804
Boston MA 02108
617.338.2345 ext #130
pkassel@mhlac.org
rhernandez@mhlac.org

*Attorneys for Padres Latinos de las Escuelas de Springfield y Holyoke (PLESH)*


MASSACHUSETTS DEPARTMENT OF ELEMENTARY & SECONDARY EDUCATION; MASSACHUSETTS BOARD OF ELEMENTARY & SECONDARY EDUCATION; JEFFREY RILEY, Commissioner, Massachusetts Department of Elementary & Secondary Education; STEPHEN ZRIKE, JR., Receiver and Superintendent, Holyoke Public Schools

By their attorney,

MAURA HEALEY
ATTORNEY GENERAL

/s/ David R. Marks
David R. Marks, BBO No. 548982
Julie Datres, BBO No. 681920
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place, Room 2019

4

Boston, MA 02108-1698
(617) 963-2362
Facsimile: (617) 727-5785
david.marks@state.us.ma

Julie Datres, BBO No. 681920
Assistant Attorney General
Office of the Attorney General
1350 Main Street, 4th Floor
Springfield, MA 01103
413-523-7703 (t)
413 -784-1244 (f)
julie.datres@state.ma.us

MARIANNE CURRIER,
Chief of Pupil Services, Holyoke Public Schools;
ALESSANDRA SMITH, Special Education
Coordinator of Student Support Services, Holyoke
Public Schools; DANA BROWN, Interim Principal,
Holyoke High; JEFFERY PETERSON, Principal,
William J. Dean Technical High School; MARC
SWYGERT, Principal, Maurice A. Donahue
School; ISAMAR VARGAS, Principal,
Dr.Marcella R. Kelly Full Service Community
School; CATHERINE HOURIHAN, Principal,
H.B. Lawrence School; NOREEN EWICK,
Principal, Lt. Elmer J. McMahon School; AMY
BURKE, Principal, Joseph Metcalf School;
ALYSON LINGSCH, Principal, William G.
Morgan School; KENDRA SALVADOR, Principal,
William R. Peck School; JOHN BREISH, Principal,
Lt. Clayre Sullivan School; JACQUELINE
GLASHEEN, Principal, E.N. White School; and the
CITY OF HOLYOKE, MASSACHUSETTS,

By their attorneys,

/s/ Amber M. Gould
Amber M. Gould, BBO No. 693062
Assistant City Solicitor
Paul Payer, BBO No.
City Solicitor
Holyoke Law Department
20 Korean Veterans Plaza
Holyoke, MA 01040
(413) 322-5580
Facsimile: (413) 322-5581

goulda@holyoke.org

Dated: May 14, 2018

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 14th day of May, 2018.

    /s/ David R. Marks