UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PADRES LATINOS DE LAS ESCUELAS DE SPRINGFIELD Y HOLYOKE (PLESH), <br><br> Plaintiff <br><br> v. <br><br> MASSACHUSETTS DEPARTMENT OF ELEMENTARY & SECONDARY EDUCATION; MASSACHUSETTS BOARD OF ELEMENTARY & SECONDARY EDUCATION; JEFFREY RILEY, Commissioner of Massachusetts Department of Elementary & Secondary Education[1]; STEPHEN ZRIKE, JR., Receiver and Superintendent of Holyoke Public Schools; MARIANNE CURRIER, Chief of Pupil Services, Holyoke Public Schools; ALESSANDRA SMITH, Special Education Coordinator of Student Support Services, Holyoke Public Schools; DANA BROWN, Interim Principal, Holyoke High; JEFFREY PETERSON, Principal, William J. Dean Technical High School; MARC SWYGERT, Principal, Maurice A. Donahue School; ISAMAR VARGAS, Principal, Dr. Marcella R. Kelly Full Service Community School; CATHERINE HOURIHAN, Principal, H.B. Lawrence School; NOREEN EWICK, Principal, Lt. Elmer J. McMahon School; AMY BURKE, Principal, Joseph Metcalf School; ALYSON LINGSCH, Principal, William G. Morgan School; KENDRA SALVADOR, Principal, William R. Peck School; JOHN BREISH, Principal, Lt. Clayre Sullivan School; JACQUELINE GLASHEEN, Principal, E.N. White School; and the CITY OF HOLYOKE, MASSACHUSETTS, <br><br> Defendants | Civil Action No. 3:17-cv-11556-MGM <br><br><br> **JOINT STATUS REPORT** |

---

[1] The successor Commissioner, Jeffrey Riley, is substituted as a party, under Fed. R. Civ. P. 25(d).

Plaintiff PLESH, through its attorneys, and the Defendants, through their attorneys, jointly provide the following status report in accordance with this Court's order of May 18, 2018:

During the period since the last Status Report, the attorneys for all parties have continued to communicate and have continued to exchange proposed language and discuss their differences concerning the draft Principles and Procedures.  The parties met with Commissioner Riley on June 19, 2018.  There remain a number of outstanding issues precluding an agreement on the draft Principles and Procedures. The parties have agreed to continue attempting to negotiate a resolution of the disputed areas and are scheduled to meet on June 27, 2018.

Accordingly, the parties respectfully jointly request (1) that they be required to file a status report on July 16, 2018 and (2) that the Defendants have until July 20, 2018 to file their response to the Complaint, unless further time is subsequently granted.

    PADRES LATINOS DE LAS ESCUELAS DE SPRINGFIELD Y HOLYOKE,

By its attorneys,

  /s/ Dianne R. Phillips_____
Dianne R. Phillips (BBO #552982)
Brett D. Carroll (BBO# 640569)
Benjamin M. Stern (BBO# 646778)
Jean-Phillip Brignol (BBO # 693775)
HOLLAND &KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston, Massachusetts 02116
(617) 523-2700
dianne.phillips@hklaw.com
brett.carroll@hklaw.com
benjamin.stern@hklaw.com
jean-phillip.brignol@hklaw.com

Teresita Ramos (BBO #691017)
MASSACHUSETTS LAW
REFORM INSTITUTE, INC.
40 Court Street, Suite 800
Boston MA  02108
(617) 357-0700 ext. 350
tramos@mlri.org

Phillip Kassel (BBO# 555845)
Robert LeRoux Hernandez (BBO #231920)
MENTAL HEALTH LEGAL
ADVISORS COMMITTEE
24 School Street, Suite 804
Boston MA 02108
617.338.2345 ext #130
pkassel@mhlac.org
rhernandez@mhlac.org

*Attorneys for Padres Latinos de las Escuelas de Springfield y Holyoke (PLESH)*

MASSACHUSETTS DEPARTMENT OF ELEMENTARY & SECONDARY EDUCATION; MASSACHUSETTS BOARD OF ELEMENTARY & SECONDARY EDUCATION; JEFFREY RILEY, Commissioner, Massachusetts Department of Elementary & Secondary Education; STEPHEN ZRIKE, JR., Receiver and Superintendent, Holyoke Public Schools

By their attorney,

MAURA HEALEY
ATTORNEY GENERAL

/s/ David R. Marks
David R. Marks, BBO No. 548982
Julie Datres, BBO No. 681920
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 963-2362
Facsimile: (617) 727-5785
david.marks@state.us.ma

Julie Datres, BBO No. 681920
Assistant Attorney General
Office of the Attorney General
1350 Main Street, 4th Floor
Springfield, MA 01103
413-523-7703 (t)
413 -784-1244 (f)
julie.datres@state.ma.us

MARIANNE CURRIER,
Chief of Pupil Services, Holyoke Public Schools;
ALESSANDRA SMITH, Special Education
Coordinator of Student Support Services, Holyoke
Public Schools; DANA BROWN, Interim Principal,
Holyoke High; JEFFERY PETERSON, Principal,
William J. Dean Technical High School; MARC
SWYGERT, Principal, Maurice A. Donahue
School; ISAMAR VARGAS, Principal,
Dr.Marcella R. Kelly Full Service Community
School; CATHERINE HOURIHAN, Principal,
H.B. Lawrence School; NOREEN EWICK,
Principal, Lt. Elmer J. McMahon School; AMY
BURKE, Principal, Joseph Metcalf School;
ALYSON LINGSCH, Principal, William G.
Morgan School; KENDRA SALVADOR, Principal,
William R. Peck School; JOHN BREISH, Principal,
Lt. Clayre Sullivan School; JACQUELINE
GLASHEEN, Principal, E.N. White School; and the
CITY OF HOLYOKE, MASSACHUSETTS,

By their attorneys,

/s/ Amber M. Gould
Amber M. Gould, BBO No. 693062
Assistant City Solicitor
Paul Payer, BBO No.
City Solicitor
Holyoke Law Department
20 Korean Veterans Plaza
Holyoke, MA 01040
(413) 322-5580
Facsimile: (413) 322-5581
goulda@holyoke.org

Dated:  June 25, 2018

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 25th day of June, 2018.

/s/ David R. Marks